ISIDOR SILVERSTEIN, Respondent, v. EXCITING FASHIONS INC., et al., Appellants.— Motion referred to the court that rendered the decision. Present — Carswell, Acting P. J., Wenzel, MacCrate, Schmidt and Beldock, JJ. Motion for leave to serve an amended complaint denied, with $10 costs. Present — Nolan, P. J., Carswell, Adel, Wenzel and Schmidt, JJ. [See *ante*, p. 854.]

HYMAN WANK, Public Administrator of Kings County, as Administrator of the Estate of JAMES PSAROS, Deceased, Appellant, v. NICHOLAS VOLTIS et al., Respondents.— Motion referred to the court that rendered the decision. Present — Carswell, Acting P. J., Wenzel, MacCrate, Schmidt and Beldock, JJ. Motion for reargument denied, without costs. Present — Carswell, Acting P. J., Adel, Wenzel, MacCrate and Schmidt, JJ. [See *ante*, p. 760.]